ORIGINAL

FILED
FEB - 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>SHEYLA CARRANZA<br><br>Debtor | Chapter 13<br><br>Case No. 04-56920 ASW<br><br>**NOTICE OF UNCLAIMED DIVIDEND** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2483905 for an unclaimed dividend in the amount of $3.70. The name and address of the claimant entitled to the unclaimed dividend is as follows;

SHEYLA CARRANZA
2034 HALTERMAN AVE #B
SANTA CRUZ, CA 95062

Dated: February 03, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE